UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

**CASE NO.: 14-CV-61542--LENARD/GOODMAN**

PEDRO A RODRIGUEZ, JAROL JULIAN MERINO, and others similarly- situated,

      Plaintiff,

v.

ASTA PARKING, INC, a Florida corporation, PRAKASH PATEL individually

      Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

The parties, through their undersigned counsel, hereby notify the Court that they have agreed to a settlement in the above-referenced matter and are in the process of finalizing the settlement documents. As soon as the settlement documents are finalized, the parties will promptly notify the Court in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d1350 (11th Cir. 1982) (holding that settlement of claims under the Fair Labor Standards Act requires court or Department of Labor approval).

Respectfully submitted this 17th day of October, 2014,

| /s/ Christopher F. Zacarias | /s/ Steven M. Parrish |
|---|---|
| Christopher F. Zacarias | Steven M. Parrish, Esq |
| Florida Bar No.: 85609 | Florida Bar No. 77585 |
| czacarias@zacariaslaw.com | sparrish@smparrishlaw.com |
| **LAW OFFICES OF** | **STEVEN M. PARRISH, P.A.** |
| **CHRISTOPHER F. ZACARIAS, P.A.** | 330 Clematis Street, Suite 207 |
| 5757 Blue Lagoon Drive, Suite 230 | West Palm Beach, Florida 33401 |
| Miami, FL 33126 | Tel: 561-833-8339 |
| Tel: 305-403-2000 | Fax: 561-655-5447 |
| Fax: 305-459-3964 | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on <u>October 17, 2014</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          */s/ Christopher F. Zacarias*
                                          CHRISTOPHER F. ZACARIAS

## **SERVICE LIST**

### RODRIGUEZ V. ASTA PARKING, INC., ET AL.
### 14-CV-61542--LENARD/GOODMAN

Christopher F. Zacarias
czacarias@zacariaslaw.com
pleadings@zacariaslaw.com
Law Offices of Christopher F. Zacarias, P.A.
5757 Blue Lagoon Drive, Suite 230
Miami, Florida 33126
Tel: 305-403-2000
Fax: 305-459-3964
*Counsel for Plaintiffs*

Steven M. Parrish, Esq
sparrish@smparrishlaw.com
rmain@smparrishlaw.com
Steven M. Parrish, P.A.
330 Clematis Street, Suite 207
West Palm Beach, Florida 33401
Tel: 561-833-8339
Fax: 561-655-5447
*Counsel for Defendants*